# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CURTIS FREEMAN, JR, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ADT SECURITY SERVICES, INC., a ) <br> Delaware Foreign Corporation,, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:10-cv-00254-RLH-PAL <br><br> **O R D E R** <br><br> (Motion to Dismiss–#9) |

Before the Court is Defendant ADT Security Services, Inc.'s **Motion to Dismiss Plaintiff's Complaint** (#9), filed April 7, 2010. Plaintiff did not file an opposition to the Motion. Instead, Plaintiff filed a First Amended Complaint on April 21, 2010, within 21 days after service of the Motion. Plaintiff thus amended his Complaint as of right, and as provided by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. Defendant has since filed a motion to dismiss the First Amended Complaint (#17) that is not yet ripe for decision.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that ADT Security Services, Inc.'s Motion to Dismiss Plaintiff's Complaint (#9) is DENIED as moot.

Dated: June 15, 2010.

_____
ROGER L. HUNT
Chief United States District Judge

AO 72
(Rev. 8/82)

1