Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1100
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.791.7600
Fax:  702.369.5694

*Attorneys for Defendant ADT Security Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS FREEMAN,<br><br>                    Plaintiff,<br>vs.<br><br>ADT SECURITY SERVICES, INC., a Delaware Foreign Corporation,<br><br>                    Defendant. | CASE NO.:  2:10-cv-000254-RLH-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Curtis Freeman ("Freeman") and Defendant ADT Security Services, Inc. ("ADT"), by and through their respective counsel, that all claims asserted in this matter against ADT, its subsidiaries, affiliates, parents, successors, assigns, officers, directors and employees, shall be and hereby are dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

Each party is to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 20th day of December, 2010.          DATED this 20th day of December, 2010.

NELSON LAW                                                          OGLETREE, DEAKINS, NASH,
                                                                              SMOAK & STEWART, P.C.

_____/S/_____          _____/S/_____
Sharon L. Nelson, Esq.                                          Suzanne L. Martin, Esq.
401 North Buffalo Dr., Suite 100
Las Vegas, NV 89145                                            suzanne.martin@ogletreedeakins.com
*Attorney for Plaintiff Curtis Freeman*
                                                                              Wells Fargo Tower
                                                                              3800 Howard Hughes Parkway, Suite 1100
                                                                              Las Vegas, NV 89169
                                                                              Telephone: (702) 791-7600
                                                                              Facsimile: (702) 369-5694
                                                                              *Attorneys for ADT Security Services, Inc.*

## **ORDER**

**IT IS HEREBY ORDERED** that all claims asserted in this matter are hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs

**IT IS SO ORDERED.**

Dated:  \_\_December 20, 2010\_\_\_\_.          _____
                                                                              CHIEF UNITED STATES DISTRICT JUDGE